UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND HEMBRY and ARMANDO ACOSTA, *et al.*,<br><br>Defendants. | Case No. 12-cr-00119-SI-1<br><br>**ORDER RE: MOTIONS FOR COMPASSIONATE RELEASE FILED BY RAYMOND HEMBRY AND ARMANDO ACOSTA**<br><br>Re: Dkt. Nos. 1707, 1711 |

Defendants Raymond Hembry and Armando Acosta have filed emergency motions for compassionate release, and those motions are scheduled for a hearing on April 10, 2020 at 11:00 a.m.. In both motions, defendants seek compassionate release from prison on the ground that they suffer from underlying medical conditions that make them particularly vulnerable to risks associated with contracting COVID-19. However, neither defendant has submitted a declaration or exhibits in support of the assertion that he has underlying medical conditions.

The Court directs defendants to supplement their motions with such evidence by **April 9 at 3:00 p.m.** The Court recognizes that it may be difficult to obtain such evidence given the logistical challenges caused by the COVID-19 pandemic. If defense counsel are not able to obtain such evidence, such as a declaration from defendants, counsel shall file declarations explaining their efforts.

**IT IS SO ORDERED**.

Dated: April 8, 2020

SUSAN ILLSTON
United States District Judge